# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| CLOTRIMAZOLE, INC. | § § | Case No. 2:18-10808 BB |
| Debtor | § § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

SAM S. LESLIE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00　　　　　　　　　　　Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:　1,964,636.92　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　Without Payment:　NA

Total Expenses of Administration:　289,273.08

---

3) Total gross receipts of $ 2,253,910.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 2,253,910.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 1,928,384.60 | $ 1,928,384.60 | $ 1,928,384.60 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 305,918.30 | 305,918.30 | 289,273.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 1,038,463.29 | 1,038,463.29 | 36,252.32 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 3,272,766.19 | $ 3,272,766.19 | $ 2,253,910.00 |

4) This case was originally filed under chapter 7 on 01/25/2018 . The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/25/2020        By:/s/SAM S. LESLIE
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SALE OF 953 SCHUMACHER DRIVE, LOS ANGELES | 1210-000 | 2,250,000.00 |
| SETTLEMENT RE 953 SCHUMACHER DRIVE | 1249-000 | 3,910.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 2,253,910.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| DEED | FASHION TRADE MARK CORP. | 4110-000 | NA | 581,848.65 | 581,848.65 | 581,848.65 |
| DEED | OCWEN | 4110-000 | NA | 777,474.48 | 777,474.48 | 777,474.48 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| DEED | SPECIALIZED LOAN SERVICING | 4110-000 | NA | 300,196.56 | 300,196.56 | 300,196.56 |
| 04 | STANDARD OIL CREDIT HOLDING GROUP | 4110-000 | NA | 258,151.35 | 258,151.35 | 258,151.35 |
| TAX LIEN | INTERNAL REVENUE SERVICE | 4300-000 | NA | 10,713.56 | 10,713.56 | 10,713.56 |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ 1,928,384.60 | $ 1,928,384.60 | $ 1,928,384.60 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:SAM S. LESLIE | 2100-000 | NA | 90,867.30 | 90,867.30 | 81,780.57 |
| TRUSTEE EXPENSES:SAM S. LESLIE | 2200-000 | NA | 298.25 | 298.25 | 271.13 |
| A & A ESCROW SERVICES, INC. | 2500-000 | NA | 3,662.80 | 3,662.80 | 3,662.80 |
| ARCHIVE IT! | 2500-000 | NA | 50.00 | 50.00 | 50.00 |
| FIRST LEGAL NETWORK, LLC | 2500-000 | NA | 108.86 | 108.86 | 108.86 |
| MYNHD, INC. | 2500-000 | NA | 74.95 | 74.95 | 74.95 |
| PROGRESSIVE TITLE COMPANY | 2500-000 | NA | 3,918.08 | 3,918.08 | 3,918.08 |
| UNION BANK | 2600-000 | NA | 15.00 | 15.00 | 15.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| U.S. BANKRUPTCY COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| FRANCHISE TAX BOARD | 2820-000 | NA | 18,110.44 | 18,110.44 | 18,110.44 |
| PROGRESSIVE TITLE COMPANY | 2820-000 | NA | 11,898.91 | 11,898.91 | 11,898.91 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):GONZALEZ & GONZALEZ LAW, P.C. | 3210-000 | NA | 43,780.00 | 43,780.00 | 39,402.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):GONZALEZ & GONZALEZ LAW, P.C. | 3220-000 | NA | 1,195.76 | 1,195.76 | 1,076.18 |
| ACCOUNTANT FOR TRUSTEE FEES (TRUSTEE FIRM):LEA ACCOUNTANCY, LLP | 3310-000 | NA | 29,951.50 | 29,951.50 | 26,956.35 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (TRUSTEE FIRM):LEA ACCOUNTANCY, LLP | 3320-000 | NA | 386.45 | 386.45 | 347.81 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):RODEO REALTY | 3510-000 | NA | 45,000.00 | 45,000.00 | 45,000.00 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):SOTHEBY'S INT'L REALTY | 3510-000 | NA | 56,250.00 | 56,250.00 | 56,250.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 305,918.30 | $ 305,918.30 | $ 289,273.08 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 01 | DARIUS KHAKSHOURI | 7100-000 | NA | 150,000.00 | 150,000.00 | 5,236.44 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 07 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 1,435.89 | 1,435.89 | 50.11 |
| 03 | JOHN GOODEN | 7100-000 | NA | 500,000.00 | 500,000.00 | 17,454.80 |
| 06 | RONALD DUNNER | 7100-000 | NA | 387,027.40 | 387,027.40 | 13,510.97 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 1,038,463.29 | $ 1,038,463.29 | $ 36,252.32 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1    Exhibit 8

| Case No: | 2:18-10808 BB    Judge: SHERI BLUEBOND | Trustee Name: | SAM S. LESLIE |
|---|---|---|---|
| Case Name: | CLOTRIMAZOLE, INC. | Date Filed (f) or Converted (c): | 01/25/18 (f) |
| | | 341(a) Meeting Date: | 02/28/18 |
| For Period Ending: 09/30/20 | | Claims Bar Date: | 10/29/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SALE OF 953 SCHUMACHER DRIVE, LOS ANGELES (u) TRUSTEE INVESTIGATING VALUE, LIENS (INCLUDING TAX LIENS), AND NEGOTIATING A POSSIBLE CARVEOUT FOR UNSECURED CREDITORS.  IF NO CARVE OUT IS POSSIBLE, TRUSTEE WILL FILE A NDR. | 0.00 | 200,000.00 | | 2,250,000.00 | FA |
| 2. SETTLEMENT RE 953 SCHUMACHER DRIVE (u) SETTLEMENT FUNDS FROM ALAN F. BROIDY FOR FAILURE TO TIMELY TURNOVER SCHUMACHER DRIVE - ASSET 1.  AN ADVERSARY FOR TURNOVER OF THE PROPERTY WAS FILED TO OBTAIN POSSESSION AS THE PROPERTY HAD BEEN SOLD AND TRUSTEE WAS REQUIRED TO DELIVER THE PROPERTY TO THE BUYER. | 0.00 | 3,910.00 | | 3,910.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $0.00    $203,910.00    $2,253,910.00    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FINAL REPORT NOTES:

THE ESTATE'S TAX RETURNS FILED / ACCEPTED. (INTERNAL REVENUE SERVICE PROMPT DETERMINATION UNDER 11 U.S.C. 505(b) FOR THE ESTATE'S TAX RETURNS, TAX YEAR ENDED 12/31/17,12/31/18 AND 06/30/19, FILED WITH THE COURT ON 09/24/19, DOCKET NO. 121.)

AT THE OUTSET OF THE CASE, THE PROFESSIONALS ALL AGREED TO REDUCE THEIR FEE REQUESTS BY 10%.  THIS REDUCTION IS REFLECTED IN THE AMOUNT OF THE FEES REQUESTED BY EACH PROFESSIONAL. (THE TRUSTEE'S EXPENSES TOTAL $298.25 AND HAVE BEEN REDUCED BY THE REQUIRED 10% TO $271.13.)

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 2:18-10808    BB    Judge: SHERI BLUEBOND | Trustee Name: | SAM S. LESLIE |
| Case Name: | CLOTRIMAZOLE, INC. | Date Filed (f) or Converted (c): | 01/25/18 (f) |
| | | 341(a) Meeting Date: | 02/28/18 |
| | | Claims Bar Date: | 10/29/18 |

THE DEBTOR'S PRINCIPAL, ALAN F. BROIDY, HAS BEEN DISBARRED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CASE NOTES IN DESCENDING ORDER:

ANNUAL REPORTING PERIOD 07/01/19 - 6/30/20:

TFR SUBMITTED 03/27/20; HEARING HELD 05/20/20; ORDER ENTERED 05/21/20.  AS OF 06/30/20, THERE REMAINS ONE DISTRIBUTION CHECK OUTSTANDING.  TDR WILL BE SUBMITTED ONCE THERE IS A ZERO BALANCE.

ANNUAL REPORTING PERIOD 07/01/18 - 6/30/19:

ASSET 1 - PROPERTY WAS SOLD FOR $2,250,000 WITH THE SALE APPROVED BY THE COURT BY ORDER ENTERED 04/23/19.  [DOCKET NOS. 97 (MOTION), 107 (ORDER) AND 111 (REPORT OF SALE PURSUANT TO FRBP 6004(f).)]

ASSET 2 - TRUSTEE WAS FORCED TO FILE AN ADVERSARY TO ESSENTIALLY EVICT THE DEBTOR'S PRINCIPAL (ALAN F. BROIDY AND HIS FAMILY).  (ADV. NO. 2:19-ap-01130-BB, FILED 05/01/19.)  TRUSTEE FILED A MOTION FOR INJUNCTIVE RELIEF WHICH WAS GRANTED BY ORDER ENTERED 05/08/19.  [ADV. DOCKET NO. 2 (MOTION) AND 11 (ORDER).]  THE ORDER ALLOWED THE BROIDY FAMILY UNTIL 05/31/19 TO VACATE THE PROPERTY AND REQUIRED A PAYMENT OF $3,910 IN EXCHANGE.  THE ADVERSARY WAS THEREAFTER DISMISSED BY STIPULATION, ORDER ENTERED 06/13/19, ADV. DOCKET NO. 18.  BROIDY TIMELY VACATED.

TRUSTEE IS PREPARING THE REQUIRED TAX RETURNS AND WILL REVIEW THE CLAIMS.  THERE ARE NO OTHER ASSETS TO ADMINISTER.

ANNUAL REPORTING PERIOD 07/01/17 - 6/30/18:

THIS CASE WAS FILED ON 01/25/18 WITHOUT PAYMENT OF THE COURT'S FILING FEE OR ANY SCHEDULES.  THE COURT FILED A "NOTICE TO FILER" TO PAY THE REQUIRED FILING FEE AND WOULD LIKELY HAVE DISMISSED THE CASE FOR FAILURE TO PAY THE FEE AND / OR FAILURE TO FILE THE REQUIRED SCHEDULES.  HOWEVER, TRUSTEE BECAME AWARE OF THE CASE AND FILED A "NOTICE OF TRUSTEE'S INTENT TO ADMINISTER CASE AND REQUEST THAT THE CLERK OF THE COURT NOT DISMISS DEBTOR'S CASE FOR FAILURE TO CURE DEFICIENCIES" (DOCKET 7).  THE GRANTED TRUSTEE'S REQUEST BY ORDER ENTERED 02/14/18, DOCKET 16.

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 2:18-10808    BB    Judge: SHERI BLUEBOND | Trustee Name: | SAM S. LESLIE |
| Case Name: | CLOTRIMAZOLE, INC. | Date Filed (f) or Converted (c): | 01/25/18 (f) |
| | | 341(a) Meeting Date: | 02/28/18 |
| | | Claims Bar Date: | 10/29/18 |

THE CASE IS FILED BY ALAN F. BROIDY, AN ATTORNEY IN LOS ANGELES FREQUENTLY APPEARING IN BANKRUPTCY CASES, AND, IN TRUSTEE'S VIEW, IS FAMILIAR WITH THE BANKRUPTCY PROCESS. THE CASE IS ONE OF SEVERAL FILED BY MR. BROIDY IN AN EFFORT TO FORESTALL A FORECLOSURE:

1. CASE NO. 2:17-bk-14996-SK
   CHAPTER 13
   DEBTOR - HEATHER B. BROIDY
   FILED 04/24/17, DISMISSED 05/12/17 FOR FAILURE TO FILE SCHEDULES, ETC.

2. CASE NO. 2:17-bk-15872-WB
   CHAPTER 13
   DEBTOR - HEATHER B. BROIDY
   FILED 05/12/17, DISMISSED 05/30/17 FOR FAILURE TO FILE SCHEDULES, ETC.

3. CASE NO. 2:17-bk-22864-RK
   CHAPTER 7
   DEBTOR - ALAN F. BROIDY
   FILED 10/19/17, DISMISSED 11/06/17 FOR FAILURE TO FILE SCHEDULES

4. CASE NO. 2:17-bk-24352-BB
   CHAPTER 7
   DEBTOR - ALAN F. BROIDY
   FILED 11/21/17, DISMISSED 12/11/17 FOR FAILURE TO FILE SCHEDULES, ETC.

ASSET 1 - THE PROPERTY, 953 SCHUMACHER DRIVE, LOS ANGELES, CALIFORNIA 90048, IS ENCUMBERED BY THE USUAL DEEDS OF TRUST. IN ADDITION, THERE IS A PROMISSORY NOTE CURRENTLY HELD BY FASHION TRADE MARKS CORPORATION THAT WAS GIVEN TO A CREDITOR IN A CHAPTER 11 CASE, GRL-MESA INVESTMENTS, LLC ("GRL") (CASE NO. 2:15-bk-29107-RK), IN WHICH MR. BROIDY WAS COUNSEL FOR THE DEBTOR. DURING THE COURSE OF THE CASE, GRL SOLD ITS ASSETS AND MR. BROIDY RECEIVED THE PROCEEDS FROM THE SALE, IN TRUST, WHICH WERE TO BE PAID TO THREE CREDITORS OF THE ESTATE. TRUSTEE'S INVESTIGATION HAS FOUND THAT ONLY TWO CREDITORS WERE PAID IN CASH, WITH THE THIRD, GAYLE LEVINE, RECEIVING A PROMISSORY NOTE AND DEED OF TRUST ON THE SCHUMACHER PROPERTY IN LIEU OF CASH. THIS WAS NOT CONSENSUAL - MS. LEVINE SHOULD HAVE RECEIVED CASH AS DID THE TWO OTHER CREDITORS. TRUSTEE NOTIFIED HIS UST ATTORNEY OF THE BAR'S COMPLAINT.

Case 2:18-bk-10808-BB    Doc 146    Filed 10/28/20    Entered 10/28/20 13:10:41    Desc
Main Document    Page 11 of 20

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 4

Exhibit 8

| | | |
|---|---|---|
| Case No: | 2:18-10808  BB  Judge: SHERI BLUEBOND | Trustee Name:    SAM S. LESLIE |
| Case Name: | CLOTRIMAZOLE, INC. | Date Filed (f) or Converted (c):  01/25/18 (f) |
| | | 341(a) Meeting Date:   02/28/18 |
| | | Claims Bar Date:   10/29/18 |

AN EXCERPT FROM THE BAR'S COMPLAINT:

IN STATE BAR CASE NO. 17-0-03155 FILED IN THE MATTER OF ALAN FRANK BROIDY ON 08/29/18 IN THE STATE BAR COURT, HEARING
DEPARTMENT - LOS ANGELES, THE STATE BAR OF CALIFORNIA ALLEGES:

COUNT 1 - BUSINESS AND PROFESSIONS CODE, SECTION 6106 [MORAL TURPITUDE - MISAPPROPRIATION]

ON OR ABOUT AUGUST 15, 2016, RESPONDENT RECEIVED ON BEHALF OF RESPONDENT'S CLIENT, GAYLE LEVINE AS MANAGER OF GRL MESA
INVESTMENTS, LLC ("MESA"), NET PROCEEDS OF $2,469,925.95 RESULTING FROM THE SALE OF ASSETS BELONGING TO MESA'S CHAPTER
11 BANKRUPTCY ESTATE IN THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, CASE NO. 2: L
5-BK-29107-RK.

ON OR ABOUT AUGUST 15, 2016, MESA, AT RESPONDENT'S DIRECTION, AND PURSUANT TO A COURT APPROVED STIPULATION IN CASE NO.
2: 15-BK-29107-RK, DEPOSITED, OR CAUSED TO BE DEPOSITED,
$2,469,925.95 INTO RESPONDENT'S CLIENT TRUST ACCOUNT AT BANK OF AMERICA, ACCOUNT NO. X8839 ON BEHALF OF THE CLIENT.

BETWEEN ON OR ABOUT AUGUST 16, 2016 AND SEPTEMBER 14, 2016, RESPONDENT WILLFULLY AND INTENTIONALLY MISAPPROPRIATED
$512,526.95 THAT THE RESPONDENT'S CLIENT, WAS ENTITLED TO
RECEIVE.  RESPONDENT THEREBY COMMITTED AN ACT INVOLVING MORAL TURPITUDE, DISHONESTY OR CORRUPTION IN WILLFUL VIOLATION
OF BUSINESS AND PROFESSIONS CODE, SECTION 6106.

A VIOLATION OF SECTION 6106 MAY RESULT FROM INTENTIONAL CONDUCT OR GROSSLY NEGLIGENT CONDUCT. RESPONDENT IS CHARGED WITH
COMMITTING AN INTENTIONAL MISAPPROPRIATION. HOWEVER, SHOULD THE EVIDENCE AT TRIAL DEMONSTRATE THAT RESPONDENT
MISAPPROPRIATED FUNDS AS A RESULT OF GROSSLY NEGLIGENT CONDUCT, RESPONDENT MUST STILL BE FOUND CULPABLE OF VIOLATING
SECTION 6106 BECAUSE MISAPPROPRIATION THROUGH GROSS NEGLIGENCE IS A LESSER INCLUDED OFFENSE OF INTENTIONAL
MISAPPROPRIATION.

TRUSTEE IS ENDEAVORING TO ADMINISTER THE CASE FOR THE BENEFIT OF CREDITORS.  ONE CREDITOR, DARIUS KHAKSHOURI HAS FILED A
PROOF OF CLAIM (NO. 1 ON THE COURT'S CLAIMS REGISTER) IN THE PRINCIPAL AMOUNT OF $150,000.  THE POC INCLUDES A BRIEF
HISTORY OF HOW THE DEBTOR CAME TO OWN THE PROPERTY.  (TRUSTEE HAS INDEPENDENTLY CONFIRMED THE ACCURACY OF CERTAIN FACTS
OUTLINED IN THE POC.)  ON 12/17/17, MR. BROIDY INCORPORATED THE DEBTOR WITH THE CALIFORNIA SECRETARY OF STATE, NAMING
HIMSELF AS THE AGENT FOR PROCESS OF SERVICE.  ON 12/26/17, BROIDY AND HIS WIFE EXECUTED A QUITCLAIM DEED TRANSFERRING
THE SCHUMACHER PROPERTY TO THE DEBTOR FOR NO CONSIDERATION.  ON 01/25/18, THE DEBTORS CHAPTER 7 CASE WAS FILED.  (MR.
KHAKSHOURI'S POC STATES THAT HE LENT BROIDY SHORT TERM LOANS TOTALING $150,000.  AT THE TIME THE LOAN WAS TO BE REPAID,
BROIDY COULD NOT PAY THE AMOUNT DUE AND THE PARTIES ENTERED INTO A SETTLEMENT IN WHICH BROIDY STIPULATED TO A JUDGMENT

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 5    Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 2:18-10808    BB    Judge: SHERI BLUEBOND | Trustee Name: | SAM S. LESLIE |
| Case Name: | CLOTRIMAZOLE, INC. | Date Filed (f) or Converted (c): | 01/25/18 (f) |
| | | 341(a) Meeting Date: | 02/28/18 |
| | | Claims Bar Date: | 10/29/18 |

TO BE ENTERED IF HE COULD NOT PAY THE AMOUNT DUE BY 11/15/17.  KHAKSHOURI'S POC ASSERTS THAT THE DEBTOR WAS FORMED AND THE PROPERTY TRANSFERRED TO PREVENT HIM FROM RECORDING THE JUDGMENT.  OBVIOUSLY, THAT IS AN OPINION WHICH TRUSTEE CANNOT CONFIRM.

TRUSTEE HAS DETERMINED THAT THE TRANSFER OF THE PROPERTY TO THE DEBTOR IS CLEARLY FRAUDULENT.  FURTHER, THERE ARE TITLE AND TAX ISSUES THAT MUST BE RESOLVED AND, FINALLY, THE PROPERTY IS "UNDER WATER".  TRUSTEE IS ATTEMPTING TO NEGOTIATE A CARVE OUT FOR THE ESTATE'S ADMINISTRATIVE EXPENSES AND UNSECURED CREDITORS.  IF A CARVE OUT IS NOT POSSIBLE, TRUSTEE WILL FILE A NDR.

Initial Projected Date of Final Report (TFR): 01/25/21    Current Projected Date of Final Report (TFR): 01/25/21

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 2:18-10808 -BB | | Trustee Name: | SAM S. LESLIE |
|---|---|---|---|---|
| Case Name: | CLOTRIMAZOLE, INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******6795 CHECKING ACCOUNT |
| Taxpayer ID No: | *******5018 | | | |
| For Period Ending: | 09/30/20 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/10/19 | 2 | ALAN F. BROIDY | SETTLEMENT PROCEEDS | 1249-000 | 3,910.00 | | 3,910.00 |
| 06/04/19 | 1 | A & A ESCROW SERVICES, INC. | SALE OF 953 SCHUMACHER DRIVE, LOS ANGELES, CA 90048 | | 200,651.80 | | 204,561.80 |
| | | BLANCH FAMILY LIMITED PARTNERSHIP | Memo Amount:  2,250,000.00  Gross sales proceeds | 1210-000 | | | |
| | | SPECIALIZED LOAN SERVICING | Memo Amount: (  258,167.60 )  Principal balance | 4110-000 | | | |
| | | SPECIALIZED LOAN SERVICING | Memo Amount: (  36,785.99 )  Interest on principal balance | 4110-000 | | | |
| | | SPECIALIZED LOAN SERVICING | Memo Amount: (  25.00 )  Statement fee | 4110-000 | | | |
| | | SPECIALIZED LOAN SERVICING | Memo Amount: (  95.00 )  Recording fee | 4110-000 | | | |
| | | SPECIALIZED LOAN SERVICING | Memo Amount: (  13.35 )  Release preparation fee | 4110-000 | | | |
| | | SPECIALIZED LOAN SERVICING | Memo Amount: (  5,109.62 )  Outstanding fees / Cor. advances | 4110-000 | | | |
| | | OCWEN | Memo Amount: (  631,289.45 )  Principal balance | 4110-000 | | | |
| | | OCWEN | Memo Amount: (  113,763.76 )  Interest on principal balance | 4110-000 | | | |
| | | OCWEN | Memo Amount: (  194.25 )  Property inspection fee | 4110-000 | | | |
| | | OCWEN | Memo Amount: (  110.00 )  Property valuation | 4110-000 | | | |
| | | OCWEN | Memo Amount: (  1,075.00 )  Trustee fee | 4110-000 | | | |
| | | OCWEN | Memo Amount: (  363.65 )  Statutory mailings | 4110-000 | | | |

Page Subtotals    204,561.80    0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Ver: 22.02f

LFORM24

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 2:18-10808 -BB | | Trustee Name: | SAM S. LESLIE |
| Case Name: | CLOTRIMAZOLE, INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******6795 CHECKING ACCOUNT |
| Taxpayer ID No: | *******5018 | | | |
| For Period Ending: | 09/30/20 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | OCWEN | Memo Amount:    (    21.00 )<br>Appointment of substitution trustee | 4110-000 | | | |
| | | OCWEN | Memo Amount:    (    40.00 )<br>Notice of sale | 4110-000 | | | |
| | | OCWEN | Memo Amount:    (    255.00 )<br>Publication | 4110-000 | | | |
| | | OCWEN | Memo Amount:    (    100.00 )<br>Posting | 4110-000 | | | |
| | | OCWEN | Memo Amount:    (    28,161.08 )<br>Escrow advance | 4110-000 | | | |
| | | OCWEN | Memo Amount:    (    181.00 )<br>Motion for Relief filing costs | 4110-000 | | | |
| | | OCWEN | Memo Amount:    (    13.06 )<br>Certified mail costs | 4110-000 | | | |
| | | OCWEN | Memo Amount:    (    1,308.00 )<br>Title search | 4110-000 | | | |
| | | OCWEN | Memo Amount:    (    150.00 )<br>Title search update | 4110-000 | | | |
| | | OCWEN | Memo Amount:    (    25.00 )<br>Returned check fee | 4110-000 | | | |
| | | OCWEN | Memo Amount:    (    60.00 )<br>Payoff fee | 4110-000 | | | |
| | | OCWEN | Memo Amount:    (    278.75 )<br>Foreclosure fee | 4110-000 | | | |
| | | OCWEN | Memo Amount:    (    51.48 )<br>Foreclosure expense | 4110-000 | | | |
| | | OCWEN | Memo Amount:    (    34.00 )<br>Notice of default recording | 4110-000 | | | |
| | | STANDARD OIL CREDIT HOLDING | Memo Amount:    (    200,000.00 )<br>Principal balance | 4110-000 | | | |
| | | STANDARD OIL CREDIT HOLDING | Memo Amount:    (    51,661.50 )<br>Interest on principal balance | 4110-000 | | | |

Page Subtotals    0.00    0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Ver: 22.02f

LFORM24

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 2:18-10808 -BB | | Trustee Name: | SAM S. LESLIE |
| Case Name: | CLOTRIMAZOLE, INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******6795  CHECKING ACCOUNT |
| Taxpayer ID No: | *******5018 | | | |
| For Period Ending: | 09/30/20 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | STANDARD OIL CREDIT HOLDING | Memo Amount:     (       6,489.85 )<br>Attorney's fees | 4110-000 | | | |
| | | FASHION TRADE MARK CORP. | Memo Amount:     (     436,206.12 )<br>Principal balance - $600,000.00; Discount to interest + principal - $163,793.88 | 4110-000 | | | |
| | | FASHION TRADE MARK CORP. | Memo Amount:     (     145,642.53 )<br>Interest on principal balance | 4110-000 | | | |
| | | INTERNAL REVENUE SERVICE | Memo Amount:     (      10,331.69 )<br>Tax lien | 4300-000 | | | |
| | | INTERNAL REVENUE SERVICE | Memo Amount:     (         381.87 )<br>Interest | 4300-000 | | | |
| | | RODEO REALTY | Memo Amount:     (      45,000.00 )<br>Real estate broker commission; Paid pursuant to Orders entered 04/17/18 (employ) and 04/23/19 (sale) | 3510-000 | | | |
| | | SOTHEBY'S INT'L REALTY | Memo Amount:     (      56,250.00 )<br>Real estate broker commission; Paid pursuant to Orders entered 04/17/18 (employ) and 04/23/19 (sale) | 3510-000 | | | |
| | | MYNHD, INC. | Memo Amount:     (          74.95 )<br>NHD Disclosure Report | 2500-000 | | | |
| | | A & A ESCROW SERVICES, INC. | Memo Amount:     (          72.80 )<br>Reimbursement for City Report | 2500-000 | | | |
| | | FIRST LEGAL NETWORK, LLC | Memo Amount:     (         108.86 )<br>Certified copy of sale order | 2500-000 | | | |
| | | PROGRESSIVE TITLE COMPANY | Memo Amount:     (       3,449.00 )<br>Owner's title insurance | 2500-000 | | | |
| | | PROGRESSIVE TITLE COMPANY | Memo Amount:     (          20.58 )<br>Messenger fee | 2500-000 | | | |
| | | PROGRESSIVE TITLE COMPANY | Memo Amount:     (          62.50 )<br>Sub escrow fee | 2500-000 | | | |
| | | PROGRESSIVE TITLE COMPANY | Memo Amount:     (          50.00 )<br>Wire fee | 2500-000 | | | |
| | | PROGRESSIVE TITLE COMPANY | Memo Amount:     (          20.00 ) | 2500-000 | | | |

Page Subtotals           0.00           0.00

UST Form 101-7-TDR (10/1/2010) (Page: 15)

Ver: 22.02f

LFORM24

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 2:18-10808 -BB | | Trustee Name: | SAM S. LESLIE |
| Case Name: | CLOTRIMAZOLE, INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******6795 CHECKING ACCOUNT |
| Taxpayer ID No: | *******5018 | | | |
| For Period Ending: | 09/30/20 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PROGRESSIVE TITLE COMPANY | Overnight mail fee<br>    Memo Amount:    (    138.00 ) | 2500-000 | | | |
| | | PROGRESSIVE TITLE COMPANY | Recording Sub & Full reconveyance<br>    Memo Amount:    (    26.00 ) | 2500-000 | | | |
| | | PROGRESSIVE TITLE COMPANY | Recording release<br>    Memo Amount:    (    41.00 ) | 2500-000 | | | |
| | | PROGRESSIVE TITLE COMPANY | Recording order approving sale<br>    Memo Amount:    (    36.00 ) | 2500-000 | | | |
| | | PROGRESSIVE TITLE COMPANY | Recording satisfaction of judgment<br>    Memo Amount:    (    75.00 ) | 2500-000 | | | |
| | | PROGRESSIVE TITLE COMPANY | Recording SB2 fee<br>    Memo Amount:    (    1,773.91 ) | 2820-000 | | | |
| | | PROGRESSIVE TITLE COMPANY | Debit of $2,475.00 for Los Angeles County transfer tax; Credit of $701.09 for second half property tax at $4,506.98/semi-annually (06/03/19 to 07/01/19)<br>    Memo Amount:    (    10,125.00 ) | 2820-000 | | | |
| | | A & A ESCROW SERVICES, INC. | City of Los Angeles transfer tax<br>    Memo Amount:    (    3,375.00 ) | 2500-000 | | | |
| | | A & A ESCROW SERVICES, INC. | Escrow fee<br>    Memo Amount:    (    75.00 ) | 2500-000 | | | |
| | | A & A ESCROW SERVICES, INC. | 1099 Processing fee<br>    Memo Amount:    (    75.00 ) | 2500-000 | | | |
| | | A & A ESCROW SERVICES, INC. | Drawing documentation fee<br>    Memo Amount:    (    65.00 ) | 2500-000 | | | |
| | | ARCHIVE IT! | Messenger / Overnight fees<br>    Memo Amount:    (    50.00 ) | 2500-000 | | | |
| | | | File archive fee | | | | |
| 06/25/19 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 15.00 | 204,546.80 |
| 08/05/19 | 001001 | FRANCHISE TAX BOARD | 2019 STATE INCOME TAX - FORM 100S (CALIFORNIA ENTITY NO. C4091008; FEDERAL | 2820-000 | | 17,272.00 | 187,274.80 |

Page Subtotals       0.00       17,287.00

UST Form 101-7-TDR (10/1/2010) (Page: 16)

Ver: 22.02f
LFORM24

Page: 5

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 2:18-10808 -BB | Trustee Name: | SAM S. LESLIE | |
|---|---|---|---|---|
| Case Name: | CLOTRIMAZOLE, INC. | Bank Name: | UNION BANK | Exhibit 9 |
| | | Account Number / CD #: | *******6795  CHECKING ACCOUNT | |
| Taxpayer ID No: | *******5018 | | | |
| For Period Ending: | 09/30/20 | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | TIN: 82-3785018; PAID PURSUANT TO ORDER ENTERED 07/30/19 | | | | |
| 12/30/19 | | Transfer to Acct #*******1040 | TRANSFER RE BANK CHANGE | 9999-000 | | 187,274.80 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 2,250,000.00 | COLUMN TOTALS | | 204,561.80 | 204,561.80 | 0.00 |
| | Memo Allocation Disbursements: | 2,049,348.20 | Less:  Bank Transfers/CD's | | 0.00 | 187,274.80 | |
| | | | Subtotal | | 204,561.80 | 17,287.00 | |
| | Memo Allocation Net: | 200,651.80 | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 204,561.80 | 17,287.00 | |

Page Subtotals       0.00       187,274.80

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

Ver: 22.02f

LFORM24

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 2:18-10808 -BB | | Trustee Name: | SAM S. LESLIE |
| Case Name: | CLOTRIMAZOLE, INC. | | Bank Name: | TEXAS CAPITAL BANK |
| | | | Account Number / CD #: | *******1040  CHECKING ACCOUNT |
| Taxpayer ID No: | *******5018 | | | |
| For Period Ending: | 09/30/20 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 12/30/19 | | Transfer from Acct #*******6795 | TRANSFER RE BANK CHANGE | 9999-000 | 187,274.80 | | 187,274.80 |
| | 05/22/20 | 052001 | DARIUS KHAKSHOURI | FIRST AND FINAL DISTRIBUTION ON GENERAL UNSECURED CLAIM NO. 1 | 7100-000 | | 5,236.44 | 182,038.36 |
| | 05/22/20 | 052002 | JOHN GOODEN | FIRST AND FINAL DISTRIBUTION ON GENERAL UNSECURED CLAIM NO. 3 | 7100-000 | | 17,454.80 | 164,583.56 |
| | 05/22/20 | 052003 | RONALD DUNNER | FIRST AND FINAL DISTRIBUTION ON GENERAL UNSECURED CLAIM NO. 6 | 7100-000 | | 13,510.97 | 151,072.59 |
| * | 05/22/20 | 052004 | UNITED STATES TREASURY | FIRST AND FINAL DISTRIBUTION ON GENERAL UNSECURED CLAIM NO. 7 FILED BY THE INTERNAL REVENUE SERVICE<br><br>NOT CASHED, NOT RETURNED - PAYMENT STOPPED ON 07/15/20; DISTRIBUTION REISSUED ON 09/09/20, CHECK NO. 700001 FROM AXOS ACCOUNT NO. 7002400000369 | 7100-003 | | 50.11 | 151,022.48 |
| | 05/22/20 | 052005 | FRANCHISE TAX BOARD | CHAPTER 7 ADMINISTRATIVE TAX CLAIM | 2820-000 | | 838.44 | 150,184.04 |
| | 05/22/20 | 052006 | UNITED STATES BANKRUPTCY COURT | COURT COSTS - COMPLAINT; PAID PURSUANT TO ORDER ENTERED 05/21/20 | 2700-000 | | 350.00 | 149,834.04 |
| | 05/22/20 | 052007 | GONZALEZ & GONZALEZ LAW, P.C. | ATTORNEY FOR TRUSTEE - FEES; PAID PURSUANT TO ORDER ENTERED 05/21/20 | 3210-000 | | 39,402.00 | 110,432.04 |
| | 05/22/20 | 052008 | GONZALEZ & GONZALEZ LAW, P.C. | ATTORNEY FOR TRUSTEE - EXPENSES; PAID PURSUANT TO ORDER ENTERED 05/21/20 | 3220-000 | | 1,076.18 | 109,355.86 |

Page Subtotals    187,274.80    77,918.94

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 2:18-10808 -BB | | Trustee Name: | SAM S. LESLIE | |
|---|---|---|---|---|---|
| Case Name: | CLOTRIMAZOLE, INC. | | Bank Name: | TEXAS CAPITAL BANK | Exhibit 9 |
| | | | Account Number / CD #: | *******1040 CHECKING ACCOUNT | |
| Taxpayer ID No: | *******5018 | | | | |
| For Period Ending: | 09/30/20 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/22/20 | 052009 | LEA ACCOUNTANCY, LLP | ACCOUNTANT FOR TRUSTEE - FEES; PAID PURSUANT TO ORDER ENTERED 05/21/20 | 3310-000 | | 26,956.35 | 82,399.51 |
| 05/22/20 | 052010 | LEA ACCOUNTANCY, LLP | ACCOUNTANT FOR TRUSTEE - EXPENSES; PAID PURSUANT TO ORDER ENTERED 05/21/20 | 3320-000 | | 347.81 | 82,051.70 |
| 05/22/20 | 052011 | SAM S. LESLIE | TRUSTEE COMPENSATION; PAID PURSUANT TO ORDER ENTERED 05/21/20 | 2100-000 | | 81,780.57 | 271.13 |
| 05/22/20 | 052012 | SAM S. LESLIE | TRUSTEE EXPENSES; PAID PURSUANT TO ORDER ENTERED 05/21/20 | 2200-000 | | 271.13 | 0.00 |
| * 07/15/20 | 052004 | UNITED STATES TREASURY | STOP PAYMENT ON CHECK 52004 | 7100-003 | | -50.11 | 50.11 |
| 07/15/20 | | Transfer to Acct #*******0369 | TRANSFER RE BANK CHANGE | 9999-000 | | 50.11 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 187,274.80 | 187,274.80 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 187,274.80 | 50.11 | |
| | | Subtotal | | 0.00 | 187,224.69 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 187,224.69 | |

Page Subtotals  0.00  109,355.86

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

Ver: 22.02f

LFORM24

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 2:18-10808 -BB | | Trustee Name: | SAM S. LESLIE |
| --- | --- | --- | --- | --- |
| Case Name: | CLOTRIMAZOLE, INC. | | Bank Name: | AXOS BANK |
| | | | Account Number / CD #: | *******0369 CHECKING ACCOUNT |
| Taxpayer ID No: | *******5018 | | | |
| For Period Ending: | 09/30/20 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/15/20 | | Transfer from Acct #*******1040 | TRANSFER RE BANK CHANGE | 9999-000 | 50.11 | | 50.11 |
| 09/09/20 | 700001 | UNITED STATES TREASURY | FIRST AND FINAL DISTRIBUTION ON GENERAL UNSECURED CLAIM NO. 7 FILED BY THE INTERNAL REVENUE SERVICE | 7100-000 | | 50.11 | 0.00 |

|  |  |  |  |  |
| --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 50.11 | 50.11 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 50.11 | 0.00 | |
| | | Subtotal | 0.00 | 50.11 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 50.11 | |

| | | | | NET | ACCOUNT |
| --- | --- | --- | --- | --- | --- |
| Total Allocation Receipts: | 2,250,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 2,049,348.20 | CHECKING ACCOUNT - ********6795 | 204,561.80 | 17,287.00 | 0.00 |
| | | CHECKING ACCOUNT - ********1040 | 0.00 | 187,224.69 | 0.00 |
| Total Memo Allocation Net: | 200,651.80 | CHECKING ACCOUNT - ********0369 | 0.00 | 50.11 | 0.00 |
| | | | 204,561.80 | 204,561.80 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   50.11   50.11

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

Ver: 22.02f

LFORM24